**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50107 |
| Plaintiff - Appellee, | D.C. No. 3:06-cr-00810-WQH |
| v. | |
| DAVID CASAS-HERRERA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
William Q. Hayes, District Judge, Presiding

Submitted November 16, 2010[**]

Before:    TASHIMA, BERZON, and CLIFTON, Circuit Judges.

David Casas-Herrera appeals from the 10-month sentence imposed following revocation of his supervised release.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Casas-Herrera contends that the sentence is unreasonable because the district court procedurally erred in failing to adequately address his mitigating arguments and explain the reasons for imposing a 10-month sentence. The record reflects that the district court did not procedurally err. *See Rita v. United States*, 551 U.S. 338, 358-59 (2007). The record also reflects that, under the totality of the circumstances, Casas-Herrera's sentence is substantively reasonable. *See Gall v. United States*, 552 U.S. 38, 51-52 (2007); *see also United States v. Carty*, 520 F.3d 984, 991-93 (9th Cir. 2008) (en banc).

**AFFIRMED.**

10-50107